FILED

11/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0232

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## No. DA 20-0232

JAMES DAVID SIMPSON,      )
         Petitioner/Appellant, )
   vs.                 )      ORDER GRANTING FIRST
                         )      EXTENSION OF TIME TO
                         )      FILE APPELLEE'S ANSWER
MUSSELSHELL COUNTY BOARD )      BRIEF
OF COMMISSIONERS,        )
         Respondent/Appellee.   )
_____)

Respondent/Appellee has moved the Court pursuant to M.R.App.P. 26 for an extension of time up to and including December 17, 2020 to file and serve the Appellee's Answer Brief. This is the first request for an extension of time. Opposing counsel for Petitioner/Appellant has been contacted and does not object to the extension of time.

Pursuant to Rule 26, M.R.App.P. 26, and good cause appearing, Appellee Musselshell County Board of Commissioners is granted an extension of time up to and including December 17, 2020 to file its Answer Brief.

_____
Montana Supreme Court Justice

cc: Counsel of Record

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 12 2020